UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LITECUBES, L.L.C., a California Limited Liability Co., et al., <br>     Plaintiff(s), <br><br> vs. <br><br> NORTHERN LIGHT PRODUCTS, INC., d/b/a GlowProducts.com, <br>     Defendant(s). | Case No. 4:04CV00485 ERW |

## **ORDER**

This matter comes before the Court on Plaintiffs Litecubes' and Carl Vanderschuit's Supplemental Statement of Attorneys' Fees [doc. #238]. This Court finds that the attorneys' fees requested by Plaintiffs are reasonable, and therefore the Defendant will be required to pay $466,363.00.[1]

**IT IS HEREBY ORDERED** that the Defendant pay $466,363.00 in reasonable attorneys' fees to the Plaintiffs Litecubes' and Vanderschuit.

Dated this 22nd Day of February, 2007.

_____
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE

---

[1] This takes into account the $51.00 that the Plaintiffs stated in their reply memorandum was an erroneous entry.